ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/3/2015 12:45:59 PM
KEITH HOTTLE
CLERK

# 04-14-00899-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/3/2015 12:45:59 PM
KEITH E. HOTTLE
Clerk

In the

# Fourth Court of Appeals

## SITTING AT SAN ANTONIO

**LETICIA ZEPEDA VASQUEZ, Individually and on Behalf of the Estate of Jose Abraham Vasquez, Jr.,**

Appellants*,*

v.

**LEGEND NATURAL GAS, LLC; LEWIS ENERGY GROUP, LP; and LEWIS PETRO PROPERTIES, INC.,**

Appellees

**Appealed From the 81st District Court
La Salle County, Texas
Trial Court Cause No. 14-07-0019-CVL**

## APPELLANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE

1.   On **January 8, 2015**, plaintiffs-appellants filed an amended notice of appeal stating that they desire to appeal from the **January 5, 2015**, final order.

2.   Appellants' opening brief was due to be filed on **February 19, 2015**.

3.     As of the date of this response, appellants have not filed either their opening brief or a motion for extension of time to file their opening brief.

4.     Pursuant to TEX. R. APP. P. 38.8, on **February 27, 2015**, the Court ordered appellants to "show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for want of prosecution." This response is filed within fifteen days of the Court's order to show cause.

5.     Appellants' first motion for extension of time to file their opening brief is filed separately and contemporaneously herewith. The facts and law stated in appellants' first motion for extension of time show that the Court should not dismiss this appeal for want of prosecution. In the interest of judicial economy, those showings are respectfully incorporated herein by reference instead of being repeated.

6.     For the reasons stated in appellants' first motion for extension of time to file their opening brief, appellants pray the Court not to dismiss their appeal for want of prosecution, and for such other and further relief, at law or in equity, as to which they shall show themselves justly entitled.

Respectfully submitted,

**HANSZEN✦LAPORTE**

By: _____/s/ Jeffrey L. Dorrell_____
Jeffrey L. Dorrell
State Bar No. 00787386
jdorrell@hanszenlaporte.com
11767 Katy Freeway, Suite 850
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on ____3-3____, 2015, a true and correct copy of the foregoing was sent by:

_____ Hand delivery
_____ Certified mail
_____ Telephonic document transfer
__X__ E-service in accordance with TEX. R. APP. P. 9.5(b)

in accordance with TEX. R. APP. P. 9.5(c) to the following counsel of record:

Mr. William A. Abernethy
Donnell, Abernethy & Kieschnick, P.C.
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401
Telephone: 361-888-5551
**FAX: 361-880-5618**
**COUNSEL FOR DEFENDANT ROSETTA RESOURCES OPERATING, LP.**

Mr. David L. Ortega
Naman Howell Smith & Lee, PLLC
1001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: 210-731-6300
**FAX: 210-785-2953**
**COUNSEL FOR DEFENDANTS LEWIS ENERGY GROUP, LP, and LEWIS PETRO PROPERTIES, INC.**

Mr. Christopher Lowrance
Royston, Rayzor, Vickery & Williams, L.L.P.
802 Carancahua, Suite 1300
Corpus Christi, Texas 78401
Telephone: 361-884-8808
**FAX: 361-884-7261**
**COUNSEL FOR DEFENDANTS VIRTEX OPERATING CO., INC., and VIRTEX HOLDINGS, LLP**

Mr. Isaac J. Huron
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78213
Telephone: 210-822-6666
**FAX: 210-822-1151**
**COUNSEL FOR DEFENDANTS LEGEND NATURAL GAS III, LP, and LEGEND NATURAL GAS, LLC**

Mr. E. Michael Rodriguez
Atlas, Hall & Rodriguez, L.L.P.
P.O. Box 6369 (78523-6369)
50 W. Morrison Road, Suite A
Brownsville, Texas 78520
Telephone: 956-574-9333
**FAX: 956-574-9337**
**COUNSEL FOR DEFENDANTS ENTERPRISE PRODUCTS HOLDINGS, LLC, and ENTERPRISE PRODUCTS CO.**

Mr. Jose E. Garcia
Garcia & Villareal
4311 N. McColl Road
McAllen, Texas 78504
Telephone: 956-630-0081
**FAX: 956-630-3631**
**COUNSEL FOR DEFENDANT XTO ENERGY, INC.**

      /s/ Jeffrey L. Dorrell

**JEFFREY L. DORRELL**